1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California  92660
3  Telephone:  (949) 720-1288
   Facsimile:  (949) 720-1292
4
5  Attorneys for Plaintiff, Colleen Johnston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-4123 (CRB)**<br><br>**MDL NO. 1699**<br>District Judge:  Charles R. Breyer |
| **COLLEEN JOHNSTON, individually, and on behalf of RICK DAVID JOHNSTON, deceased,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,**<br><br>    **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **COLLEEN JOHNSTON, individually, and on behalf of RICK DAVID JOHNSTON, deceased** and Defendants, by and through the undersigned

-1-

attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Colleen Johnston, individually and on behalf of Rick David Johnston, Deceased

DATED:  Oct. 22 , 2009        DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1